[No. 24918. *En Banc.* March 28, 1934.]

NEW YORK LIFE INSURANCE COMPANY, *Appellant,* v.
LYLE C. ROHNE *et al., Defendants,* RUDOLPH I.
EHRLICHMAN *et al., Respondents.*[1]

*Roberts, Skeel & Holman* and *W. E. Evenson,* for
appellant.

*Harroun, Maloy & Shidler,* for respondents.

HOLCOMB, J.—This appeal is from an order denying
a writ of assistance petitioned for by appellant against
respondents Ehrlichman.

The case was heard and decided in the court below on
an agreed statement of facts upon which the sole ques-
tion to be passed upon by the trial court was whether
or not respondents Ehrlichman were judgment debtors,
in view of the fact that they did not assume and agree
to pay the mortgage on the real property involved or
purchase the property subject to the mortgage; and

[1]Reported in 32 P. (2d) 118.

whether or not they were entitled to homestead rights in and to the real property and to occupy it during the period of redemption.

Respondents were made parties defendant to the foreclosure, and the judgment provided that

" . . . they are hereby forever barred and foreclosed of all right, title, interest, equity, lien, claim and estate in and to said mortgaged property and each and every part thereof."

The judgment further provided that the mortgaged property be sold to satisfy the judgment.

█ This case is controlled by our decision in *State ex rel. O'Brien v. Superior Court,* 173 Wash. 679, 24 P. (2d) 117, affirmed in an *En Banc* decision in 176 Wash. 704, 29 P. (2d) 1119.

It necessarily follows that the judgment in this case must be, and is, affirmed.

ALL CONCUR.